NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

B.R.,                                         )
                                              )
            Appellant,                        )
                                              )
v.                                            )      Case No. 2D16-4537
                                              )
STATE OF FLORIDA,                             )
                                              )
            Appellee.                         )
_____     )

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Polk
County; Mark H. Hofstad, Judge.

Ita M Neymotin, Regional Counsel, and
Joseph Thye Sexton, Assistant Regional
Counsel, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.